ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 16 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNATHAN LEE BROWN | Criminal Indictment<br><br>No. 4:21CR007 |

THE GRAND JURY CHARGES THAT:

From on or about February 2019 through on or about December 2020, in the Northern District of Georgia, the defendant, JOHNATHAN LEE BROWN, a person required to register under the Sex Offender Registration and Notification Act, having traveled in interstate commerce, did knowingly fail to register and update registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

A ___TRUE___ BILL

_____
FOREPERSON

KURT R. ERSKINE
*Acting United States Attorney*

MICHAEL S. QIN
*Assistant United States Attorney*
Provisionally admitted pursuant to
Local Rule 83.1

600 U.S. Courthouse  75 Ted Turner Drive SW  Atlanta, GA 30303
(404) 581-6000  *fax* (404) 581-6181